# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                                 Plaintiff,<br>  vs.<br>RAAD SHAKIR AJOU, individually and dba SUNDANCE MARKET, et al.,<br><br>                                Defendants. | CASE NO. 07cv605 WQH (BLM)<br><br>**ORDER** |

HAYES, Judge:

      The Joint Motion to Dismiss (Doc. # 5) filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure is **GRANTED.** The above-captioned action is **DISMISSED with prejudice.** Each party shall bear its own costs and fees. Magistrate Judge Barbara L. Major shall retain jurisdiction over disputes between the parties arising out of the settlement agreement pursuant to the Order referring this case to the Magistrate Judge for all settlement proceedings (Doc. # 6).

DATED: March 19, 2008

                                                  *William Q. Hayes*<br>                                          **WILLIAM Q. HAYES**<br>                                         United States District Judge